UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JAMES W. PARCHER,

      Plaintiff,

v.                                 CASE NO. 8:09-cv-857-T-23TGW

SHERIFF DAVID GEE, *et al.*,

      Defendants.

_____/


# O R D E R

Parcher's complaint under 42 U.S.C. § 1983 alleges that the defendants

violated his civil rights.  This action proceeds on Parcher's third amended complaint.

(Doc. 50), which the defendants moved to dismiss.  (Doc. 52)  Based on an exhibit

attached to Parcher's opposition (Doc. 59), the defendants move for sanctions for

Parcher's fraud on the court.  (Doc. 61)  Parcher countered with his motion for

sanctions.  (Doc. 77)  The district court referred (Doc. 85) the two motions for

sanctions to Magistrate Judge Thomas G. Wilson.  After conducting an evidentiary

hearing, the magistrate judge in a painstakingly thorough and utterly convincing

report recommends granting the defendants' motion and denying Parcher's motion.

Neither party objects to the magistrate judge's report and recommendation (Doc.

102).

The report and recommendation (Doc. 102) is **ADOPTED**.  The defendants'
motion for sanctions (Doc. 61) is **GRANTED** and Parcher's motion for sanctions
(Doc. 77) is **DENIED**.  This action is **DISMISSED WITH PREJUDICE**.  The clerk
must enter a judgment against Parcher and for the defendants and close this case.

ORDERED in Tampa, Florida, on December 27, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE